UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ABERCROMBIE, <br><br> Defendant. | No. CR07-168 RSM <br><br> ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon the defendant's motion to seal Exhibit 1 to his disposition memorandum. Having considered the entirety of the records and file herein, the Court hereby grants this motion. It is ORDERED that the exhibit will remain under seal due to the sensitive nature of its contents.

DONE THIS 14 day of November 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL
(*Edward Abercrombie*; No. CR07-168 RSM) - 1

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Presented by:

BLACK LAW, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Edward Abercrombie
Black Law, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:          206.623.1604
Fax:              206.658.2401
Email:           chris@blacklawseattle.com

ORDER GRANTING MOTION TO SEAL
(*Edward Abercrombie*; No. CR07-168 RSM) - 2

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401